EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Miguel O. Bauzá Torres | 2002 TSPR 88<br><br>157 DPR _____ |

Número del Caso: TS-2054


Fecha: 28/junio/2002


Oficina del Procurador General:
                    Lcda. Cynthia Iglesias Quiñones
                    Procuradora General Auxiliar


Comisión de Reputación para el Ejercicio de la Abogacía:
                    Lcdo. Doel R. Quiñones Núñez


Abogados de la Parte Querellada:
                    Lcdo. Antonio Bauzá Santos
                    Lcdo. René Arrillaga Beléndez


Materia: Solicitud de Reinstalación

        Este documento constituye un documento oficial del Tribunal
    Supremo que está sujeto a los cambios y correcciones del proceso
    de compilación y publicación oficial de las decisiones del
    Tribunal. Su distribución electrónica se hace como un servicio
    público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:

   Miguel O. Bauzá Torres


                        TS-2054


                       RESOLUCION


San Juan, Puerto Rico, a 28 de junio de 2002.


        Examinados todos los documentos presentados en este caso, se ordena la reinstalación al ejercicio de la abogacía del Sr. Miguel O. Bauzá Torres.

        Publíquese.

        Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Naveira de Rodón y el Juez Asociado señor Hernández Denton denegarían la reinstalación. El Juez Presidente señor Andréu García está inhibido.




                              Patricia Otón Olivieri
                              Secretaria del Tribunal Supremo